```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 07 B 05649
    JOHN BAKER
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-1599


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/29/2007 and was not confirmed.

     The case was dismissed without confirmation 08/15/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------

CHASE MANHATTAN MTG CORP CURRENT MORTG        .00            .00           .00
CAPITAL ONE              UNSEC W/INTER     802.69            .00           .00
ECAST SETTLEMENT CORP    UNSEC W/INTER    3547.99            .00           .00
B-REAL LLC               UNSEC W/INTER   14026.61            .00           .00
B-REAL LLC               UNSEC W/INTER    6564.66            .00           .00
B-REAL LLC               UNSEC W/INTER    4374.20            .00           .00
DISCOVER FINANCIAL SERVI UNSEC W/INTER     313.63            .00           .00
GM CARD                  UNSEC W/INTER  NOT FILED            .00           .00
HSBC NV                  UNSEC W/INTER  NOT FILED            .00           .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     380.14            .00           .00
HSBC NV                  UNSEC W/INTER  NOT FILED            .00           .00
NATIONAL CITY BANK       UNSEC W/INTER    3856.34            .00           .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER    1822.74            .00           .00
PEOPLES GAS LIGHT & COKE UNSEC W/INTER  NOT FILED            .00           .00
WELLS FARGO FINANCIAL IL UNSEC W/INTER     269.53            .00           .00
CHASE HOME FINANCE LLC   NOTICE ONLY    NOT FILED            .00           .00
CHASE MANHATTAN MTG CORP MORTGAGE ARRE        .00            .00           .00
COMMONWEALTH EDISON      UNSEC W/INTER     527.77            .00           .00
B-REAL LLC               UNSEC W/INTER     734.13            .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,434.00                        341.68
TOM VAUGHN               TRUSTEE                                          25.32
DEBTOR REFUND            REFUND                                          508.14

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              875.14

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                             341.68
TRUSTEE COMPENSATION                        25.32
DEBTOR REFUND                              508.14

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 05649 JOHN BAKER
```

```
                              ---------------    ---------------
TOTALS                               875.14            875.14
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 12/05/07                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```